IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GAINES,<br><br>    Petitioner,<br><br>vs.<br><br>D.K. JOHNSON, Warden,<br><br>    Respondent. | No. C 15-3474 JSW (PR)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL; GRANTING EXTENSION OF TIME**<br><br>(Docket Nos. 1, 4) |

Mary Gaines, a California prisoner proceeding pro se, filed this civil action. She was informed by the Clerk that she must file an in forma pauperis application and a complaint or habeas petition within 28 days of July 28, 2015. She has filed request for an extension of time. Good cause appearing, Petitioner is GRANTED an extension of time, to and including **September 28, 2015**, in which to file a complaint or habeas petition and either to pay the filing fee or file a completed in forma pauperis application. <u>Failure to do so will result in the dismissal of this case.</u>

Petitioner has not shown circumstances requiring appointment of counsel, such as the need for an evidentiary hearing. Accordingly, the motion for appointment of counsel is DENIED.

IT IS SO ORDERED.

DATED: September 1, 2015

                                             JEFFREY S. WHITE<br>
                                             United States District Judge