IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY GAINES, | ) | No. C 15-3474 JSW (PR) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| D.K. JOHNSON, et al., | ) | |
| Respondent. | ) | |
| _____ | ) | |

      This case was opened on July 28, 2015, when Petitioner, a California prisoner, filed a motion for appointment of counsel.  On the same day, the Clerk notified Petitioner that she had neither paid the filing fee nor filed the Court's application to proceed in forma pauperis ("IFP").  The Clerk also notified Petitioner that in order to proceed, she would need to file a complaint or petition.  She was provided the relevant forms, instructions, and a stamped return envelope, and informed that the case would be dismissed if she did not file a complaint or petition, and either pay the filing fee or file a completed IFP application, within 28 days.  On September 1, 2015, Petitioner's deadline was extended for an additional 28 days to do so.  The new deadline has passed and no response from Plaintiff has been received.  Accordingly, this case is DISMISSED without prejudice.

      The Clerk shall enter judgment and close the file.

      IT IS SO ORDERED.

DATED: November 23, 2015

_____
JEFFREY S. WHITE
United States District Judge